IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FORREST GRAY,** | 2:22-cv-00099 JDP |
| Plaintiff, | ~~(PROPOSED)~~ **ORDER** |
| v. | |
| **CASSIE, et al.,** | |
| Defendant. | |

**GOOD CAUSE APPEARING,** Defendant's motion for an administrative relief re-extension of time to file a responsive pleading is granted.  The deadline for Defendant to file a responsive pleading is extended to January 3, 2023.
IT IS SO ORDERED.

Dated:   September 28, 2022                             _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE