UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST GRAY, | Case No. 2:22-cv-00099-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION ON SERVICE |
| v. | |
| CASSIE, *et al.*, | ECF No. 20 |
| Defendants. | |

On August 3, 2022, the court found that plaintiff's complaint stated a cognizable Eighth Amendment sexual assault claim against defendant Cassie and directed service under the court's E-Service program. ECF No. 15 at 2-3. Cassie was served shortly thereafter. ECF No. 21. Plaintiff filed a motion seeking clarification on whether he needed to sign a service form. ECF No. 20.

Plaintiff's motion is granted, and the court hereby confirms that plaintiff does not need to take action regarding service at this time. If the court determines that plaintiff needs to take action regarding service in the future, it will inform him by way of order or minute order.

IT IS SO ORDERED.

Dated: __October 17, 2022__  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE