IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST GRAY,**<br><br>Plaintiff,<br><br>v.<br><br>**CASSIE, et al.,**<br><br>Defendant. | Case No. 2:22-cv-00099 JDP (PC)<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT** |

Having reviewed Defendant's motion to opt out of the Court's early alternative dispute resolution program.  Good cause appearing therefor, Defendant's motion is GRANTED and the stay of proceedings is lifted.

IT IS SO ORDERED.

Dated:   May 17, 2023                                 _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE