IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST GRAY,** | Case No. 2:22-cv-00099 JDP (PC) |
| Plaintiff, | **[PROPOSED]** **ORDER** |
| v. | |
| **CASSIE, et al.,** | |
| Defendant. | |

Good cause appearing, Defendant's motion to modify the Discovery and Scheduling Order (ECF No. 46) is granted.  Further, the Parties will be sent to a settlement conference before the Honorable Dennis M. Cota on June 13, 2024, at 9:30 a.m. via Zoom.  Defendant is granted thirty days after the settlement conference to file a motion for summary judgment.  Defendant shall file his motion no later than Ju1y 15, 2024, should this case not settle.  No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:    March 12, 2024    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1