UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>CASSIE,<br><br>        Defendants. | Case No.  2:22-cv-0099-JDP (PC)<br><br>ORDER |

On March 12, 2024, the court granted defendant's motion to modify the scheduling order and ordered that any motion for summary judgment be filed thirty days after the settlement conference.  The settlement conference was originally scheduled for June 13, 2024, but due to scheduling conflicts, the settlement conference did not occur until October 9, 2024.  *See* ECF Nos. 47 & 57.  In light of this delay, the court will grant the parties thirty days from the date of this order to file dispositive motions.  Should the parties choose not to, this matter will be set for trial.[1]

Accordingly, it is hereby ORDERED that the parties have thirty days from the date of this order to file dispositive motions.

---

[1] Defendant is directed to file his consent form within seven days of this order.

1

IT IS SO ORDERED.

Dated:   November 27, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE